## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :          Chapter   13

Thomas Dooner                                             :

    Debtor(s)                                        :          Bankruptcy No. 15-16677 elf


### ORDER


    AND NOW, this 27th day of Oct., 2015, it is ORDERED that since the Debtor has failed to timely file all the documents required by the Order dated *10/02/2015*, this case is hereby DISMISSED.

_____
Eric L. Frank
*United States Bankruptcy Judge*


Missing Documents:

    Summary of Schedules                    *(due 10/19/2015)*
    Chapter 13 Plan
    Schedules A-J
    Statement of Financial Affairs
    Chapter 13 Statement of Current Monthly Income Form 22C-1
    Means Test Form 22C-2
    Disclosure Statement of Attorney Compensation
    Statistical Summary of Certain Liabilities